PER CURIAM.
 

 Frank J. Miller, Jr. seeks a belated appeal of both his judgment and sentence and the denial of a rule 3.850 motion for postconviction relief. Miller is not entitled to an appeal of his judgment and sentence because the petition was filed more than two years after his judgment and sentence became final. He is, however, entitled to an appeal from the order denying his motion for postconviction relief because the order did not inform him of his right to appeal.
 
 See Arizmendi v. State,
 
 894 So.2d 309 (Fla. 5th DCA 2005) (citing
 
 Pippin v. State,
 
 616 So.2d 1182 (Fla. 1st DCA 1993)).
 

 The petition for belated appeal is granted. A copy of this opinion will be filed with the lower court and treated as the notice of appeal from the order denying the motion for postconviction relief in Case No. 06-32592-CFAES in the Circuit Court in and for Volusia County.
 
 See
 
 Fla. R.App. P. 9.141(c)(5)(D).
 

 
 *1017
 
 PETITION DENIED IN PART/GRANTED IN PART.
 

 MONACO, C.J., ORFINGER and COHEN, JJ., concur.